The Music Trades Company, Respondent, v. The Musical Courier Company, and Marc A. Blumenberg, Appellants.— Judgment affirmed, with costs, with leave to defendant to amend on payment of costs. No opinion.

The City of New York, Respondent, v. Sophia R. C. Furniss, as Trustee of the Estate of Clementina Furniss under the Will of William P. Furniss, Appellant.— Judgment affirmed, with costs. No opinion.

William M. Cavanaugh, Appellant, v. Alfred Brumme, Respondent.— Judgment and order affirmed, with costs. No opinion.

Ellen Davern, as Administratrix, etc., of John Davern, Deceased, Respondent, v. The City of New York, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $4,500, in which event, judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

John Finck, Appellant, v. Oliver E. Cromwell, Respondent.— Judgment and order affirmed, with costs. No opinion.

George Morris, Appellant, v. The Board of Education of the City of New York, Respondent.— Determination affirmed, with costs. No opinion.

Paul L. Crowe, Appellant, v. Eugene F. Crowe, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Luigi A. Rocca, Appellant, v. Francesco Aiello and Joseph Calvosa, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs. No opinion.

Eugene K. Fassett, Respondent, v. Charles H. Duryea, Appellant, Impleaded with Paris Laundry Company and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Fulton Bag and Cotton Mills, Respondent, v. G. Fred Allison and Carleton G. Lowery, Copartners under the Firm Name and Style of G. F. Allison & Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. John H. Bloodgood and Henry W. Hayden, as Executors and Trustees under the Last Will and Testament of Elizabeth Bloodgood, Deceased, Appellants, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with costs and disbursements. No opinion.

The People of the State of New York ex rel. Joseph D. Carroll, Appellant, v. Mattie L. Carroll, Respondent.— Order affirmed, with costs and disbursements. No opinion.

In the Matter of Proving the Alleged Last Will and Testament of Robert B. Reilly, Deceased, as a Will of Real and Personal Property. Peter W. Reilly